IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| THERESA GOLDSMITH, | : | Case No. 3:12-cv-191 |
| Plaintiff, | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| v. | | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 18)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 18), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in full.  It is therefore **ORDERED** that:

1. The ALJ's non-disability finding is **AFFIRMED**;

2. Plaintiff's request to remand this matter to the Commissioner under the Sixth Sentence of 42 U.S.C. § 405(g) is **DENIED**; and

3. This case is **TERMINATED** on the docket of the Court.


Date: August 20, 2013                              *s/THOMAS M. ROSE
                                                   _____
                                                         Thomas M. Rose
                                                   United States District Judge